UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO.   3-16-cv-25-DJH
*Electronically Filed*

Marva Dockery, as Attorney-in-Fact                                                                PLAINTIFF
of Mildred Marshall

v.

GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter – Hillcreek;
GGNSC Administrative Services, LLC;
GGNSC Clinical Services, LLC;
GGNSC Equity Holdings, LLC;
Golden Gate National Senior Care, LLC;
GGNSC Holdings, LLC; and
James Rife, in his capacity as Administrator of Golden LivingCenter - Hillcreek   DEFENDANTS

## NOTICE OF REMOVAL

GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter – Hillcreek; GGNSC Administrative Services, LLC; GGNSC Clinical Services, LLC; GGNSC Equity Holdings, LLC; Golden Gate National Senior Care, LLC; and GGNSC Holdings, LLC (hereinafter collectively "Defendants"), hereby remove to the United States District Court for the Western District of Kentucky, at Louisville, the action captioned *Marva Dockery, as Attorney-in-Fact of Mildred Marshall, v. GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter – Hillcreek; GGNSC Administrative Services, LLC; GGNSC Clinical Services, LLC; GGNSC Equity Holdings, LLC; Golden Gate National Senior Care, LLC; GGNSC Holdings, LLC; and James Rife, in his capacity as Administrator of Golden LivingCenter - Hillcreek,* Case No. 15-CI-06437, which is currently pending in Jefferson Circuit Court, in the Commonwealth of Kentucky. As grounds for their removal of the Action, Defendants state:

1

1.      On December 21, 2015, Marva Dockery ("Plaintiff") filed a Complaint in Jefferson Circuit Court, Case No. 15-CI-06437. GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter – Hillcreek was served and received a copy of Plaintiff's Complaint on December 28, 2015; GGNSC Administrative Services, LLC was served and received a copy of Plaintiff's Complaint on December 28, 2015; GGNSC Clinical Services, LLC was served and received a copy of Plaintiff's Complaint on December 28, 2015; GGNSC Equity Holdings, LLC was served and received a copy of Plaintiff's Complaint on December 23, 2015; Golden Gate National Senior Care, LLC was served and received a copy of Plaintiff's Complaint on December 28, 2015, and; GGNSC Holdings, LLC was served on December 23, 2015, respectively.  James Rife has not been served with any pleadings, process or other papers in connection with this case. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. 1446(a) as Exhibit A.

2.      According to allegations in Plaintiff's Complaint, Plaintiff is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 15-CI-06437, a citizen of Kentucky.

3.      Defendant, GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter – Hillcreek, at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 15-CI-06437, was a Delaware limited liability company with its principal place of business in Plano, Texas. The sole member of GGNSC Frankfort, LLC is GGNSC Equity Holdings, LLC, which is a citizen of California and Delaware.

4.      Defendant, GGNSC Administrative Services, LLC d/b/a Golden Ventures, at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 15-CI-06437, was a Delaware limited liability company with

its principal place of business in Plano, Texas. The sole member of GGNSC Administrative Services, LLC is GGNSC Holdings, LLC, which is a citizen of California and Delaware.

5. Defendant GGNSC Clinical Services, LLC at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 15-CI-06437, was a Delaware limited liability company with its principal place of business in Plano, Texas. The sole member of GGNSC Equity Holdings, LLC, is Golden Gate National Senior Care, LLC, which is a citizen of California and Delaware.

6. Defendant GGNSC Equity Holdings, LLC at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 15-CI-06437, was a Delaware limited liability company with its principal place of business in Plano, Texas. The sole member of GGNSC Equity Holdings, LLC, is Golden Gate National Senior Care, LLC, which is a citizen of California and Delaware.

7. Defendant Golden Gate National Senior Care, LLC at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 15-CI-06437, was a Delaware limited liability company with its principal place of business in Plano, Texas. The sole member of Golden Gate National Senior Care, LLC is GGNSC Holdings, LLC, which is a citizen of California and Delaware.

8. Defendant, GGNSC Holdings, LLC d/b/a Golden Horizons at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 15-CI-06437, was a Delaware limited liability company with its principal place of business in Plano, Texas. The sole member of GGNSC Holdings, LLC, is Drumm Investors LLC, which is a citizen of California and Washington.

9.	Defendant James Rife, in his capacity as Administrator of Golden LivingCenter – Hillcreek at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 15-CI-06437 was a citizen of the State of Mississippi. To date, James Rife has not been served with process.

10.	Although the consent of Defendant Rife is not required, he does consent to the removal of this action.

11.	This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. 1332(a)(1), and is one that may be removed to this Court pursuant to 28 U.S.C. 1441(a). This is an action between citizens of different states.

12.	Based upon admissions in the Complaint attached hereto, Plaintiff seeks in excess of $75,000.00 in damages, exclusive of interest and costs.  The Complaint alleges that Ms. Marshall was a resident at Golden LivingCenter – Hillcreek from 07/09/15 – 09/07/2015, suffered multiple injuries, including a hip fracture, and seeks all medical expenses, pain and suffering, punitive damages and attorneys fees.

15.	This Notice of Removal is filed within thirty (30) days after GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter – Hillcreek; GGNSC Administrative Services, LLC; GGNSC Clinical Services, LLC; GGNSC Equity Holdings, LLC; Golden Gate National Senior Care, LLC; GGNSC Holdings, LLC received a copy of Plaintiff's Complaint on December 28, 2015, December 28, 2015, December 28, 2015, December 23, 2015, December 28, 2015, and December 23, 2015, respectively, as required by 28 U.S.C. 1446(b).

16.	A copy of this Notice of Removal will simultaneously be filed with the Clerk for the Jefferson Circuit Court, in the Commonwealth of Kentucky and served upon other counsel of record.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

/s/ Marcia L. Pearson
Marcia L. Pearson,
Edward M. O'Brien
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: (502) 238-8500
Facsimile: (502) 238-7995

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Marcia L. Pearson
Edward M. O'Brien

And that a copy of the foregoing was served via first class U.S. Mail, postage prepaid, on the following:

Brent L. Moss
Brian D. Reddick
Matthew D. Swindle
Robert W. Francis,
REDDICK MOSS, PLLC
One Information Way, Suite 105
Little Rock, AR 72202

Lee Coleman
HUGHES & COLEMAN
1256 Campbell Lane, #201
Bowling Green, KY 42102

                /s/ Marcia L. Pearson
                Marcia L. Pearson
                Edward M. O'Brien
                marcia.pearson@wilsonelser.com
                Edward.obrien@wilsonelser.com
                100 Mallard Creek Road, Suite 250
                Louisville, KY 40207
                Telephone: (502) 238-8500
                Facsimile: (502) 238-7995
                *Counsel for Defendants*