UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MARVA DOCKERY, as Administratrix of the　　　　　　　　　　　　　　　　　Plaintiff,
Estate of Mildred Marshall,

v.　　　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. 3:16-cv-25-DJH

GGNSC LOUISVILLE HILLCREEK, LLC,
et al.,　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Defendants.

\* \* \* \* \*

## ORDER

The parties having filed an agreed order of dismissal with prejudice in *GGNSC Louisville Hillcreek, LLC v. Dockery*, No. 3:15-cv-908-DJH, and in accordance with the Court's February 13, 2018 Order (Docket No. 36), it is hereby

**ORDERED** that within **seven (7) days** of the date of entry of this Order, the parties shall file either an agreed order of dismissal with prejudice or a joint report advising the Court of the status of this action.

April 16, 2018

**David J. Hale, Judge**
**United States District Court**

1