UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:16-CV-00025-DJH
*Electronically Filed*

Marva Dockery, as Administratrix of　　　　　　　　　　　　　　　　　　　　　Plaintiff
The Estate of Mildred Marshall

v.

GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter – Hillcreek;
GGNSC Administrative Services, LLC;
GGNSC Clinical Services, LLC;
GGNSC Equity Holdings, LLC;
Golden Gate National Senior Care, LLC;
GGNSC Holdings, LLC;　　　　　　　　　　　　　　　　　　　　　　　　　　Defendants

## AGREED ORDER OF DISMISSAL

Plaintiff, Marva Dockery, as Administratrix of the Estate of Mildred Marshall ("Plaintiff") and Defendants, GGNSC Louisville Hillcreek, LLC d/b/a Golden LivingCenter – Hillcreek; GGNSC Administrative Services, LLC; GGNSC Clinical Services, LLC; GGNSC Equity Holdings, LLC; Golden Gate National Senior Care, LLC, GGNSC Holdings, LLC ("Defendants"), through counsel, hereby agree to the dismissal of this lawsuit **WITH PREFUDICE ,** and each party shall bear its own costs.

SO ORDERED this ___ day of _____, 2018.

8957573v.1

Respectfully submitted,

| | |
|---|---|
| */s/Marcia L. Pearson* | */s/Brian D. Reddick (with permission)* |
| Marcia L. Pearson | Brent L. Moss |
| **WILSON ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP** | Brian D. Reddick |
| | Reddick Moss, PLLC |
| 100 Mallard Creek Road, Suite 250 | One Information Way, Suite 105 |
| Louisville, KY 40207 | Little Rock AR  72202 |
| *Counsel for Defendants* | *Counsel for Plaintiff* |

2

8957573v.1