UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MARVA DOCKERY, as Administratrix of the
Estate of Mildred Marshall,                                                                    Plaintiff,

v.                                                                                    Civil Action No. 3:16-cv-25-DJH

GGNSC LOUISVILLE HILLCREEK, LLC, et
al.,                                                                                           Defendants.

\* \* \* \* \*

**<u>ORDER</u>**

The parties have filed a stipulation of dismissal with prejudice signed by all parties who

have appeared.   (Docket No. 38)   Accordingly, and the Court being otherwise sufficiently

advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule

of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

April 20, 2018

**David J. Hale, Judge**
**United States District Court**